UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PEPPERIDGE FARM, INCORPORATED<br><br>      Plaintiff,<br><br>  v.<br><br>TRADER JOE'S COMPANY<br><br>      Defendant. | Civil Action No. 3:15-CV-01774-AWT |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Plaintiff Pepperidge Farm, Incorporated ("Pepperidge Farm") hereby dismisses the Complaint with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs.


Dated: March 1, 2016

Respectfully submitted,

Plaintiff Pepperidge Farm Incorporated
By its attorney,

/s/ Ira J. Levy
Ira J. Levy (SBN 309618)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Tel.: 212.813.8800
Fax.: 212.355.3333
E-mail: ilevy@goodwinprocter.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                                           /s/ Ira J. Levy